AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                       COUNSEL/PARTIES OF RECORD

        MAY 26 2022

  CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America ) | Case No. ~~2:22-mj-00424-VCF~~ |
| v. ) | 2:22-mj-00434-VCF-1 |
| ) | Charging District: District of Nebraska |
| LENFIELD KENDRICK ) | Charging District's Case No. 8:22cr125 |
| Defendant ) | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>111 South 18th Plaza, Suite 1152<br>Omaha, NE 68102 | Courtroom No.: TBD |
|---|---|
| | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: May 26, 2022

_____
Judge's signature

CAM FERENBACH, United States Magistrate Judge
*Printed name and title*